UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04388-MWF-CTS Date: September 15, 2026

Title *Elmer Eugene Walker v. Mark Peterson*

Present: The Honorable CHRISTINA T. SHAY, United States Magistrate Judge

| Marina Moreno-Carrillo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** **Order to Show Cause Why This Court Should Not Recommend Dismissal**

On August 3, 3026, Plaintiff Eugene Walker ("Plaintiff") filed a Complaint against Mark Peterson ("Defendant"). (ECF No. 1.) On August 6, 2026, the Clerk's Office issued a Notice Re: Deficiencies in Filing of Prisoner Civil Rights Complaint, noting that Plaintiff neither paid the appropriate filing fee, nor submitted a request to proceed *in forma pauperis* (CV-60P form). (ECF No. 2.) Plaintiff was notified that, if he did not pay the filing fee or submit a CV-60P form within thirty days, his action could be dismissed. (*Id.*)

On September 3, 2026, the Court received a one-page document addressed to the Court, stating that Plaintiff has been under "13.70 commitment [for] 2 years" and he can prove that he was kidnapped by "hospital police" in violation of due process and equal protection of the law ("Letter"). (ECF No. 4.) Plaintiff also appears to notify the Court that the Clerk's Office omitted from the docket certain defendants named in the Complaint. (*See id.*) However, to date, Plaintiff has not paid the filing fee or submitted a CV-60P form. Thus, to the extent the Letter raises issues related to the merits of the Complaint, those issues are not ripe for the Court's consideration.

Plaintiff therefore is **ORDERED TO SHOW CAUSE**, **by no later than thirty (30) days from the date of this Order**, why the Court should not recommend that the case be dismissed for failure to pay the filing fee or submit a completed CV-60P form. If Plaintiff does either of those things on or before that date, this Order to Show Cause will be discharged, and no additional action needs to be taken.

**Plaintiff is advised that failure to comply with this order may result in a recommendation that the lawsuit be dismissed, pursuant to Federal Rule of Civil Procedure**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04388-MWF-CTS Date: September 15, 2026

Title *Elmer Eugene Walker v. Mark Peterson*

**41(b), for failure to comply with court orders and for failure to pay the filing fee or submit an application to proceed *in forma pauperis.***

It is so ordered.

Attachment
Request to Proceed Without Prepayment of Filings Fees with Declaration in Support form (CV-60P)