UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04388-MWF-CTS Date: October 27, 2026

Title *Elmer Eugene Walker v. Mark Peterson*

Present: The Honorable CHRISTINA T. SHAY, United States Magistrate Judge

| Deyanira Vasquez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** **Order to Show Cause Why This Court Should Not Recommend Dismissal**

On August 3, 3026, Plaintiff Eugene Walker filed a Complaint against Defendant Mark Peterson. (ECF No. 1.) On August 6, 2026, the Clerk's Office issued a Notice Re: Deficiencies in Filing of Prisoner Civil Rights Complaint, warning Plaintiff that his action could be dismissed if he did not pay the appropriate filing fee or submit a request to proceed *in forma pauperis* (CV-60P form) within thirty days. (ECF No. 2.) On September 3, 2026, the Court received a document from Plaintiff which stated various details regarding his Complaint but did not address the issues raised in the Clerk's Office Notice. (ECF No. 4.) On September 15, 2026, the Court ordered Plaintiff to show cause within thirty days why the Court should not recommend that this case be dismissed for failure to pay the filing fee or submit a completed CV-60P form ("OSC"). (ECF No. 5.) To date, Plaintiff has not paid the filing fee, submitted a CV-60P form, or otherwise responded to the OSC.

Plaintiff is again **ORDERED TO SHOW CAUSE by November 11, 2026** why the Court should not recommend that the case be dismissed for failure to pay the filing fee or submit a completed CV-60P form. If Plaintiff does either of those things on or before that date, this Order to Show Cause will be discharged, and no additional action needs to be taken. **Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed, pursuant to Federal Rule of Civil Procedure 41(b), for failure to comply with court orders and for failure to pay the filing fee or submit an application to proceed *in forma pauperis.***

It is so ordered.

Attachment
Request to Proceed Without Prepayment of Filings Fees with Declaration in Support form (CV-60P)